IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE FERGUSON,

        Plaintiff,               No. CIV S 06 - 2331 WBS GGH P

    vs.

C. WEEKS, et al.,

        Defendants.        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. The court hereby vacates the order, filed on November 20, 2006, requiring that plaintiff provide a completed application to proceed in forma pauperis, as plaintiff had done so adequately by his filing of November 13, 2006.

        IT IS SO ORDERED.

DATED: 11/28/06               /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
ord

1